UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON MARSHALL and ROLLIE NELSON,

    Plaintiffs,                              Case No. 06-14753

v.                                        Honorable John Corbett O'Meara

BIG BLOC ENTERTAINMENT,

    Defendant.
                                                   /

## ORDER OF DISMISSAL

      Plaintiffs filed a complaint in this court October 20, 2006, alleging breach of contract against defendant Big Bloc Entertainment. Plaintiffs indicated on the civil cover sheet that diversity of citizenship exists; however, Plaintiffs failed to identify Defendant's state of incorporation or principal place of business. 28 U.S.C. § 1332. Moreover, pursuant to 28 U.S.C. § 1332(a), the amount in controversy must exceed $75,000. Plaintiffs allege in their complaint that the amount in controversy is only $3,000 plus $10,000 for "pain & suffering, cell phone bills, travel expenses, and court fees." Complaint at 6.

      Therefore, it is hereby **ORDERED** that this case is **DISMISSED** for lack of federal subject matter jurisdiction.

                                                       s/John Corbett O'Meara
                                                       United States District Judge

Dated: November 28, 2006

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, November 28, 2006, by ordinary mail.

                                                    <u>s/William Barkholz</u>
                                                  Case Manager